IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

NATHANIEL ALLEN LINDELL,

                                                                                          MEMORANDUM

                Plaintiff,

                                                                                         06-C-608-C

      v.

RICHARD SCHNEITER, GARY BOUGHTON,
PETER HUIBREGTSE, RICK RAEMISCH,
SANDRA HAUTAMAKI, ELLEN RAY, GERALD
BERGE, CAPTAIN MONICA HORNER, THOMAS
CRAVENS and SGT. STEVEN WRIGHT,

                Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Plaintiff Lindell has filed a motion to strike defendants' expert reports and a motion for sanctions pursuant to Fed. R. Civ. P. 11. In each motion, plaintiff challenges proposed findings of fact or evidentiary matter submitted in support of defendants' motion for summary judgment. Therefore, a decision on the motions will be made at the time the court rules on the parties' cross motions for summary judgment.

Entered this 6th day of November, 2007.

                                                    BY THE COURT:
                                                    /s/
                                                    BARBARA B. CRABB
                                                    District Judge