IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

NATHANIEL ALLEN LINDELL,

                                                 ORDER

            Plaintiff,

                                             06-cv-608-bbc

     v.

CAPTAIN MONICA HORNER and
THOMAS CRAVENS,

           Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

In an order entered in this case on May 5, 2008, I denied plaintiff's request to proceed in forma pauperis on appeal because he has struck out under 28 U.S.C. § 1915(g) and the issues he was attempting to raise on appeal did not qualify for the imminent danger exception to § 1915(g). Now before the court is plaintiff's motion for preparation of trial transcripts, which he says he needs to pursue his appeal.

Plaintiff has no appeal pending. The appeal he filed in this case was dismissed by the court of appeals on June 23, 2008, after plaintiff failed to pay the required filing fee or request pauper status in that court. Accordingly, plaintiff's motion for preparation of trial transcripts will be denied as moot.

1

ORDER

IT IS ORDERED that plaintiff's motion for the preparation of trial transcripts (dkt. #133) is DENIED as moot.

Entered this 26th day of June, 2008.

BY THE COURT:

*Barbara B. Crabb*

BARBARA B. CRABB
District Judge